**In re**  DEMPSTER C. JACKSON & MARY A. JACKSON          **Case No.** _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| DEED OF TRUST<br><br>428 MACAN ST.<br>LAGRANGE, GA 30241 | Fee Simple | C | 135,000.00 | Exceeds Value |
| DEED OF TRUST<br><br>4901 E KELTON LN., #1011<br>SCOTTSDALE, AZ 85254 | Fee Simple | C | 110,000.00 | 109,502.00 |
| | | Total ➤ | 245,000.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704  -  32577 - Acrobat PDFWriter

Form B6B
(10/05)

In re  DEMPSTER C. JACKSON & MARY A. JACKSON          Case No. _____
                    Debtor                                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT WASHINGTON MUTUAL | C | 22.00 |
| | | SAVINGS ACCOUNT WASHINGTON MUTUAL | C | 37.00 |
| | | CHECKING ACCOUNT WASHINGTON MUTUAL | C | 6.00 |
| | | CHECKING ACCOUNT WASHINGTON MUTUAL | C | 5.00 |
| | | CHECKING ACCOUNT WASHINGTON MUTUAL | C | 0.00 |
| | | CHECKING ACCOUNT WASHINGTON MUTUAL | C | 8.41 |
| | | CHECKING ACCOUNT WASHINGTON MUTUAL | C | 0.00 |
| | | CHECKING ACCOUNT WASHINGTON MUTUAL | C | 4.50 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 32577 - Acrobat PDFWriter

In re   DEMPSTER C. JACKSON & MARY A. JACKSON                     Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | 1 KITCHEN TABLE, 1 DINING ROOM TABLE AND 8 CHAIRS<br>DEBTOR'S RESIDENCE | C | 300.00 |
| | | 2 LIVING ROOM COUCHES<br>DEBTOR'S RESIDENCE | C | 300.00 |
| | | 1 LIVING ROOM CHAIR<br>DEBTOR'S RESIDENCE | C | 50.00 |
| | | 3 COFFEE/END TABLES<br>DEBTOR'S RESIDENCE | C | 75.00 |
| | | 2 LIVING ROOM LAMPS<br>DEBTOR'S RESIDENCE | C | 50.00 |
| | | 5 BEDS<br>DEBTOR'S RESIDENCE | C | 500.00 |
| | | 5 NIGHTSTANDS/DRESSERS/LAMPS<br>DEBTOR'S RESIDENCE | C | 500.00 |
| | | 5 BEDDING SETS<br>DEBTOR'S RESIDENCE | C | 100.00 |
| | | 4 TELEVISION SETS<br>DEBTOR'S RESIDENCE | C | 800.00 |
| | | 1 RADIO ALARM CLOCK<br>DEBTOR'S RESIDENCE | C | 2.00 |
| | | 1 STOVE<br>DEBTOR'S RESIDENCE | C | 100.00 |
| | | 1 REFRIGERATOR | C | 100.00 |

In re  DEMPSTER C. JACKSON & MARY A. JACKSON                      Case No. _____
          **Debtor**                                                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | DEBTOR'S RESIDENCE | | |
| | | 1 WASHING MACHINE AND 1 DRYER DEBTOR'S RESIDENCE | C | 150.00 |
| | | 1 VACUUM CLEANER DEBTOR'S RESIDENCE | C | 10.00 |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 20 BOOKS DEBTOR'S RESIDENCE | C | 100.00 |
| 6.   Wearing apparel. | | WEARING APPAREL DEBTOR'S RESIDENCE | C | 500.00 |
| 7.   Furs and jewelry. | | 2 WEDDING RINGS DEBTOR'S RESIDENCE | C | 700.00 |
| | | 1 WATCH DEBTOR'S RESIDENCE | C | 25.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | 6 BICYCLES DEBTOR'S RESIDENCE | C | 210.00 |
| 9.   Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704  - 32577 - Acrobat PDFWriter

In re   DEMPSTER C. JACKSON & MARY A. JACKSON                     Case No. _____
                  **Debtor**                                                                           **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 NISSAN QUEST DEBTOR'S RESIDENCE | C | 7,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | OFFICE FURNITURE | C | 800.00 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 32577 - Acrobat PDFWriter

In re   DEMPSTER C. JACKSON & MARY A. JACKSON                    Case No. _____
_____
                **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | DEBTOR'S RESIDENCE | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | 2 DOMESTIC PETS DEBTOR'S RESIDENCE | C | 100.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

____0____  continuation sheets attached        Total    $        12,554.91

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 32577 - Acrobat PDFWriter

In re   DEMPSTER C. JACKSON & MARY A. JACKSON                     Case No. _____
_____
                    **Debtor**                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)          ☐ Check if debtor claims a homestead exemption that exceeds
☑   11 U.S.C. § 522(b)(3)                $136,875.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| DEED OF TRUST | ARS § 33-1101 | 498.00 | 110,000.00 |
| 1 KITCHEN TABLE, 1 DINING ROOM TABLE AND 8 CHAIRS | ARS § 33-1123<br>ARS § 33-1123 | 300.00<br>0.00 | 300.00 |
| 2 LIVING ROOM COUCHES | ARS § 33-1123<br>ARS § 33-1123 | 300.00<br>0.00 | 300.00 |
| 1 LIVING ROOM CHAIR | ARS § 33-1123<br>ARS § 33-1123 | 50.00<br>0.00 | 50.00 |
| 3 COFFEE/END TABLES | ARS § 33-1123<br>ARS § 33-1123 | 75.00<br>0.00 | 75.00 |
| 2 LIVING ROOM LAMPS | ARS § 33-1123<br>ARS § 33-1123 | 50.00<br>0.00 | 50.00 |
| 5 BEDS | ARS § 33-1123<br>ARS § 33-1123 | 500.00<br>0.00 | 500.00 |
| 5 NIGHTSTANDS/DRESSERS/LAMPS | ARS § 33-1123<br>ARS § 33-1123 | 500.00<br>0.00 | 500.00 |
| 5 BEDDING SETS | ARS § 33-1123<br>ARS § 33-1123 | 100.00<br>0.00 | 100.00 |
| 4 TELEVISION SETS | ARS § 33-1123<br>ARS § 33-1123 | 800.00<br>0.00 | 800.00 |
| 1 RADIO ALARM CLOCK | ARS § 33-1123<br>ARS § 33-1123 | 2.00<br>0.00 | 2.00 |
| 1 STOVE | ARS § 33-1123<br>ARS § 33-1123 | 100.00<br>0.00 | 100.00 |
| 1 REFRIGERATOR | ARS § 33-1123<br>ARS § 33-1123 | 100.00<br>0.00 | 100.00 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704  -  32577  -  Acrobat PDFWriter

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1 WASHING MACHINE AND 1 DRYER | ARS § 33-1123<br>ARS § 33-1123 | 150.00<br>0.00 | 150.00 |
| 1 VACUUM CLEANER | ARS § 33-1123<br>ARS § 33-1123 | 10.00<br>0.00 | 10.00 |
| WEARING APPAREL | ARS § 33-1125(1)<br>ARS § 33-1125(1) | 500.00<br>0.00 | 500.00 |
| 2 DOMESTIC PETS | ARS § 33-1125(3)<br>ARS § 33-1125(3) | 100.00<br>0.00 | 100.00 |
| 2 WEDDING RINGS | ARS § 33-1125(4)<br>ARS § 33-1125(4) | 700.00<br>0.00 | 700.00 |
| 20 BOOKS | ARS § 33-1125(5)<br>ARS § 33-1125(5) | 100.00<br>0.00 | 100.00 |
| 1 WATCH | ARS § 33-1125(6)<br>ARS § 33-1125(6) | 25.00<br>0.00 | 25.00 |
| 6 BICYCLES | ARS § 33-1125(7)<br>ARS § 33-1125(7) | 210.00<br>0.00 | 210.00 |
| CHECKING ACCOUNT | ARS § 33-1126(8)<br>ARS § 33-1126(8) | 22.00<br>0.00 | 22.00 |
| SAVINGS ACCOUNT | ARS § 33-1126(8)<br>ARS § 33-1126(8) | 37.00<br>0.00 | 37.00 |
| CHECKING ACCOUNT | ARS § 33-1126(8)<br>ARS § 33-1126(8) | 6.00<br>0.00 | 6.00 |
| CHECKING ACCOUNT | ARS § 33-1126(8)<br>ARS § 33-1126(8) | 5.00<br>0.00 | 5.00 |
| CHECKING ACCOUNT | ARS § 33-1126(8)<br>ARS § 33-1126(8) | 0.00<br>0.00 | 0.00 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 32577 - Acrobat PDFWriter

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
## (Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| CHECKING ACCOUNT | ARS § 33-1126(8)<br>ARS § 33-1126(8) | 8.41<br>0.00 | 8.41 |
| CHECKING ACCOUNT | ARS § 33-1126(8)<br>ARS § 33-1126(8) | 0.00<br>0.00 | 0.00 |
| CHECKING ACCOUNT | ARS § 33-1126(8)<br>ARS § 33-1126(8) | 4.50<br>0.00 | 4.50 |
| OFFICE FURNITURE | | | 800.00 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704  -  32577  -  Acrobat PDFWriter

**In re** _DEMPSTER C. JACKSON & MARY A. JACKSON_ ,

**Debtor**

**Case No.** _____

**(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C §112. If a "minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5243<br><br>BENEFICIAL FINANCE<br>P.O. BOX 9618<br>VIRGINIA BEACH, VA 23450<br><br>VALUE $ 135,000.00 | | | Incurred: 2000<br>Lien: Second Mortgage<br>Security: DEED OF TRUST | | | | 29,684.00 | 1,911.00<br>This amount based upon existence of Superior Liens |
| ACCOUNT NO. 5703<br><br>BENEFICIAL FINANCE<br>P.O. BOX 9618<br>VIRGINIA BEACH, VA 23450<br><br>VALUE $ 110,000.00 | | | Incurred: 2003<br>Lien: Second Mortgage<br>Security: DEED OF TRUST | | | | 26,685.00 | 0.00 |
| ACCOUNT NO. 6056<br><br>CAPITAL ONE AUTO FINANCE<br>3901 DALLAS PKWY.<br>PLANO, TX 75093<br><br>VALUE $ 7,000.00 | | | Incurred: 2004<br>Lien: PMSI<br>Security: 2004 NISSAN QUEST | | | | 11,311.42 | 4,311.42 |

_1_ continuation sheets attached

Subtotal ▶
(Total of this page)

$ 67,680.42

$ 6,222.42

Total ▶
(Use only on last page)

$

$

(Report total also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 32577 - Acrobat PDFWriter

In re   DEMPSTER C. JACKSON & MARY A. JACKSON   ,        Case No. _____
_____                          **(If known)**
                    **Debtor**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9758 <br><br> WASHINGTON MUTUAL HOME LOANS <br> 7255 BAYMEADOWS WAY <br> JACKSONVILLE, FL 32256 | | | Incurred: 2000 <br> Lien: First Mortgage <br> Security: DEED OF TRUST <br><br> VALUE $ 135,000.00 | | | | 107,227.00 | 0.00 |
| ACCOUNT NO. <br><br> WELLS FARGO HOME MORTGAGE <br> 7495 NEW HORIZON WAY <br> FREDRICK, MD 21703 | | | Incurred: 2004 <br> Lien: First Mortgage <br> Security: DEED OF TRUST <br><br> VALUE $ 110,000.00 | | | | 82,817.00 | 0.00 |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br> VALUE $ | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  |  |  |
|---|---|---|
| Subtotal ➤ (Total of this page) | $ 190,044.00 | $ 0.00 |
| Total ➤ (Use only on last page) | $ 257,724.42 | $ 6,222.42 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704  -  32577 - Acrobat PDFWriter

In re___DEMPSTER C. JACKSON & MARY A. JACKSON_____,       Case No._____
                                    Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 32577 - Acrobat PDFWriter

**Official Form 6E (4/07) - Cont.**

In re  DEMPSTER C. JACKSON & MARY A. JACKSON    ,    Case No._____
                               Debtor                                 (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                      0  **continuation sheets attached**

In re  DEMPSTER C. JACKSON & MARY A. JACKSON          Case No. _____

_____Debtor_____                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8766 <br><br> ALLIANCE ONE <br> 1160 CENTRE POINTE DR., STE 1 <br> MENDOTA HEIGHTS, MN 55120 | | | Incurred: 2003 <br> Consideration: Credit card debt <br> COLLECTION AGENT FOR CAPITAL ONE | | | | 1,365.80 |
| ACCOUNT NO.  8766 <br><br> ALLIED INTERSATE <br> 3000 CORPORATE EXCHANGE DR <br> COLUMBUS, OH 43231 | | | Incurred: 2007 <br> Consideration: Credit card debt <br> COLLECTION AGENT FOR CAPITAL ONE | | | | 1,630.54 |
| ACCOUNT NO.  6671 <br><br> BANNER THUNDERBIRD MEDICAL CENTER <br> P.O. BOX 18 <br> PHOENIX, AZ 85001 | | | Incurred: 08/2006 <br> Consideration: Medical Services | | | | 196.52 |
| ACCOUNT NO. <br><br> BARNES CAPITAL MANAGEMENT <br> 4545 E. SHEA BLVD., STE 130 <br> PHOENIX, AZ 85028 | | | Incurred: 07/2008 <br> Consideration: Personal loan | | | | 3,662.50 |

___6___continuation sheets attached

Subtotal ➤  | $ | 6,855.36

Total ➤  | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 32577 - Acrobat PDFWriter

In re <u>  DEMPSTER C. JACKSON & MARY A. JACKSON  </u> ,      Case No. <u>                       </u>

                         **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 32577 - Acrobat PDFWriter

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1500 <br><br> BARROW NEUROLOGY CLINIC <br> P.O. BOX 33269 <br> PHOENIX, AZ 85067 | | | Incurred: 01/2007 <br> Consideration: Medical Services | | | | 62.10 |
| ACCOUNT NO. 6648 <br><br> BUREAU OF MEDICAL ECONOMICS <br> 326 E CORONADO RD <br> PHOENIX, AZ 85004 | | | Incurred: 12/2006 <br> Consideration: Medical Services <br> MEDICAL DIAG IMAGING GROUP | | | | 86.36 |
| ACCOUNT NO. 0003 <br><br> CALLWAVE <br> P.O. BOX 609 <br> SANTA BARBARA, CA 93102 | | | Incurred: 2007 <br> Consideration: UTILITIES | | | | 12.95 |
| ACCOUNT NO. 8766 <br><br> CAPITAL ONE <br> P.O. BOX 30285 <br> SALT LAKE CITY, UT 84130 | | | Incurred: 2003 <br> Consideration: Credit card debt <br> COLLECTION AGENT: ALLIANCE ONE | | | | 0.00 |
| ACCOUNT NO. 8766 <br><br> CAPITAL ONE <br> P.O. BOX 30285 <br> SALT LAKE CITY, UT 84130 | | | Incurred: 2008 <br> Consideration: Credit card debt <br> COLLECTION AGENT: MRS ASSOCIATES, INC. | | | | 0.00 |

Sheet no. <u>1</u> of <u>6</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    161.41

Total ➤    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re   DEMPSTER C. JACKSON & MARY A. JACKSON  ,          Case No. _____
                              Debtor                                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8766<br><br>CAPITAL ONE<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | | | Incurred: 2007<br>Consideration: Credit card debt<br>COLLECTION AGENT: ALLIED INTERSTATE | | | | 0.00 |
| ACCOUNT NO.<br><br>CASH-N-GO<br>6148 N. 7TH ST., STE A<br>PHOENIX, AZ 85014 | | | Incurred: 2007<br>Consideration: CAR TITLE LOAN<br>CAR REPOSSESSED | | | | 3,492.87 |
| ACCOUNT NO.  4231<br><br>CATHOLIC HEALTHCARE WEST<br>C/O RSI ENTERPRISES, INC.<br>P.O. BOX 16190<br>PHOENIX, AZ 85011 | | | Incurred: 2007<br>Consideration: Medical Services | | | | 368.00 |
| ACCOUNT NO.  8100<br><br>CHILD NEUROLOGY<br>P.O. BOX 33269<br>PHOENIX, AZ 85067 | | | Incurred: 01/2007<br>Consideration: Medical Services | | | | 197.80 |
| ACCOUNT NO.  5553<br><br>CITI CARDS/SEARS CHARGE<br>P.O. BOX 45129<br>JACKSONVILLE, FL 32232 | | | Incurred: 2000<br>Consideration: Credit card debt | | | | 481.03 |

Sheet no. _2_ of _6_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $    4,539.70

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704  -  32577 - Acrobat PDFWriter

In re ___DEMPSTER C. JACKSON & MARY A. JACKSON___ ,        Case No. _____
                         Debtor                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6573 <br><br> COLLECTION SERVICE BUREAU <br> 2901 N. 78TH ST. <br> SCOTTSDALE, AZ 85251 | | | Incurred: 12/2006 <br> Consideration: Medical Services <br> COLLECTION AGENT FOR JOHN C. LINCOLN HOSPITAL | | | | 840.36 |
| ACCOUNT NO. 9483 <br><br> DELIVERY FINANCIAL SERVICES <br> 7077 E. BELL RD., STE. 200 <br> SCOTTSDALE, AZ 85254 | | | Incurred: 12/2006 <br> Consideration: Medical Services | | | | 185.40 |
| ACCOUNT NO. 587 <br><br> DESERT WEST OBGYN <br> 5601 W. EUGIE, # 100 <br> GLENDALE, AZ 85304 | | | Incurred: 11/2006 <br> Consideration: Medical Services | | | | 3.20 |
| ACCOUNT NO. 1352 <br><br> GRANT & WEBER INC <br> 14795 NORTH 78TH WAY, STE 800 <br> SCOTTSDALE, AZ 85260 | | | Incurred: 2007 <br> Consideration: Medical Services <br> COLLECTION AGENT FOR ST. JOSEPH'S HOSPITAL & MED | | | | 691.78 |
| ACCOUNT NO. 2527 <br><br> HEALTHCARE COLLECTIONS, LLC <br> P.O. BOX 82910 <br> PHOENIX, AZ 85071 | | | Incurred: 12/2006 <br> Consideration: Medical Services <br> COLLECTION AGENT FOR SOUTHWEST AMBULANCE | | | | 156.94 |

Sheet no. _3_ of _6_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,877.68

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 32577 - Acrobat PDFWriter

In re ___DEMPSTER C. JACKSON & MARY A. JACKSON___ ,      Case No. _____
         **Debtor**                                                         **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6573<br><br>JOHN C. LINCOLN HOSPITAL<br>250 E DUNLAP AVE.<br>PHOENIX, AZ 85020 | | | Incurred: 12/2006<br>Consideration: Medical Services<br>COLLECTION AGENT: COLLECTION SERVICE BUREAU | | | | 0.00 |
| ACCOUNT NO. 6573<br><br>LOOP 101 EMERGENCY PHYSICIANS<br>P.O. BOX 7427<br>PHILADELPHIA, PA 19101-7427 | | | Incurred: 12/2006<br>Consideration: Medical Services<br>COLLECTION AGENT: NCO FINANCIAL | | | | 0.00 |
| ACCOUNT NO. 6648<br><br>MEDICAL DIAG IMAGING GROUP<br>P.O. BOX 27340<br>PHOENIX, AZ 85061 | | | Incurred: 12/2006<br>Consideration: Medical Services<br>COLLECTION AGENT: BUREAU OF ECONOMICS | | | | 0.00 |
| ACCOUNT NO. 8766<br><br>MRS ASSOCIATES, INC.<br>3 EXECUTIVE CAMPUS, STE 400<br>CHERRY HILL, NJ 08002 | | | Incurred: 2008<br>Consideration: Credit card debt<br>COLLECTION AGENT FOR CAPITAL ONE | | | | 1,842.78 |
| ACCOUNT NO. 6573<br><br>NCO FINANCIAL<br>3434 E. 22ND ST.<br>TUCSON, AZ 85713 | | | Incurred: 12/2006<br>Consideration: Medical Services<br>COLLECTION AGENT FOR LOOP 101 EMERGENCY PHYSICIANS | | | | 61.44 |

Sheet no. __4__ of __6__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

               Subtotal▶  $    1,904.22

                   Total▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 32577 - Acrobat PDFWriter

Official Form 6F (10/06) - Cont.

In re  DEMPSTER C. JACKSON & MARY A. JACKSON ,        Case No. _____
             Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7938<br>NORTHWEST CLINIC FOR CHILDREN<br>15420 N. 32ND DR.<br>PHOENIX, AZ 85053 | | | Incurred: 05/2008<br>Consideration: Medical Services | | | | 133.73 |
| ACCOUNT NO. 9483<br>PEDIATRIC HOSPITAL OF AZ, LLC<br>P.O. BOX 27340<br>PHOENIX, AZ 85061 | | | Incurred: 12/2006<br>Consideration: Medical Services<br>COLLECTION AGENT: DELIVERY FINANCIAL SERVICES | | | | 0.00 |
| ACCOUNT NO. 6421<br>RURAL METRO CORP.<br>C/O FMA ALLIANCE LTD.<br>11811 N. FREEWAY, STE. 900<br>HOUSTON, TX 77060 | | | Incurred: 12/2006<br>Consideration: Medical Services | | | | 156.94 |
| ACCOUNT NO. 8734<br>SONORA QUEST<br>P.O. BOX 78162<br>PHOENIX, AZ 85062 | | | Incurred: 06/2008<br>Consideration: Medical Services | | | | 8.25 |
| ACCOUNT NO. 2527<br>SOUTHWEST AMBULANCE<br>P.O. BOX 9272<br>SCOTTSDALE, AZ 85252 | | | Incurred: 12/2006<br>Consideration: Medical Services<br>COLLECTION AGENT: HEALTHCARE COLLECTIONS, LLC | | | | 0.00 |

Sheet no. 5 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 298.92

Total▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 32577 - Acrobat PDFWriter

Official Form 6F (10/06) - Cont.

In re  DEMPSTER C. JACKSON & MARY A. JACKSON ,        Case No. _____
                        Debtor                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1352 ST. JOSEPH'S HOSPITAL & MED P.O. BOX 33349 PHOENIX, AZ 85067 | | | Incurred: 2007 Consideration: Medical Services COLLECTION AGENT: GRANT & WEBER, INC. | | | | 0.00 |
| ACCOUNT NO. 0637 WELLS FARGO FINANCIAL BANK 3201 N. 4TH AVE. SIOUX FALLS, SD | | | Incurred: 2008 Consideration: LINE OF CREDIT | | | | 1,561.68 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 6 of 6 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ 1,561.68

Total ▶ $ 17,198.97

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  DEMPSTER C. JACKSON & MARY A. JACKSON          Case No. _____

_____                        _____
**Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 32577 - Acrobat PDFWriter

In re  DEMPSTER C. JACKSON & MARY A. JACKSON     Case No. _____
                    **Debtor**                                              **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

In re ___DEMPSTER C. JACKSON & MARY A. JACKSON_____   Case _____
           **Debtor**                                          **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status:   Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): daughter, daughter, daughter, daughter | AGE(S): 7, 5, 4, 2 |

| **Employment:** | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Occupation | PHONE BANKER | HOMEMAKER |
| Name of Employer | WELLS FARGO | |
| How long employed | 2 WEEKS | |
| Address of Employer | 2150 W. PINNACLE PEAK RD. | |
| | PHOENIX, AZ 85027 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 0.00 |
| 2. | Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. | SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| | b. Insurance | $ 0.00 | $ 0.00 |
| | c. Union Dues | $ 0.00 | $ 0.00 |
| | d. Other (Specify:_____) | $ 0.00 | $ 0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6.. | TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. | Income from real property | $ 0.00 | $ 0.00 |
| 9. | Interest and dividends | $ 0.00 | $ 0.00 |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. | Social security or other government assistance ( Specify) _____ | $ 0.00 | $ 0.00 |
| 12. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. | Other monthly income _____ (Specify) _____ | $ 0.00 | $ 0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. | COMBINED AVERAGE  MONTHLY INCOME  (Combine column totals from line 15;  if there is only one debtor repeat total reported on line 15.) | $ 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

    None
_____
_____
_____

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 32577 - Acrobat PDFWriter

In re     DEMPSTER C. JACKSON & MARY A. JACKSON        Case No. _____
           **Debtor**                                      **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

      Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
|     a. Are real estate taxes included?    Yes _____ No __✓__ | | |
|     b. Is property insurance included?    Yes _____ No __✓__ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ 0.00 |
|           b. Water and sewer | | $ 0.00 |
|           c. Telephone | | $ 0.00 |
|           d. Other _____ | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 0.00 |
| 4. Food | | $ 0.00 |
| 5. Clothing | | $ 0.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 0.00 |
| 8. Transportation (not including car payments) | | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 0.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | | $ 0.00 |
|     b. Life | | $ 0.00 |
|     c. Health | | $ 0.00 |
|     d. Auto | | $ 0.00 |
|     e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | | $ 0.00 |
|     b. Other | | $ 0.00 |
|     c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | | $ 0.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    None
_____
_____
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | | $ 0.00 |
|     b. Average monthly expenses from Line 18 above | | $ 0.00 |
|     c. Monthly net income (a. minus b.) | | $ 0.00 |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc. - ver. 4.2.4-704 - 32577 - Acrobat PDFWriter

# United States Bankruptcy Court

## District of Arizona

In re ___DEMPSTER C. JACKSON & MARY A. JACKSON___

                     Debtor

Case No. _____

Chapter     13 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 245,000.00 | | |
| B – Personal Property | YES | 5 | $ 12,554.91 | | |
| C – Property Claimed as exempt | YES | 3 | | | |
| D – Creditors Holding Secured Claims | YES | 2 | | $ 257,724.42 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 17,198.97 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 0.00 |
| **TOTAL** | | 24 | $ 257,554.91 | $ 274,923.39 | |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704  - 32577 - Acrobat PDFWriter

# United States Bankruptcy Court
### District of Arizona

In re    DEMPSTER C. JACKSON & MARY A. JACKSON        Case No. _____

                   Debtor                                Chapter     13 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 6,222.42 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 17,198.97 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 23,421.39 |

In re  <u>DEMPSTER C. JACKSON & MARY A. JACKSON</u>     Case No. <u>                    </u>

**Debtor**                                                       **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>26</u> sheets *(total shown on summary page plus 2)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date <u>                      </u>               Signature: <u>/s/ DEMPSTER C. JACKSON          </u>

                                                               Debtor:

Date <u>                      </u>               Signature: <u>/s/ MARY A. JACKSON             </u>

                                                             (Joint Debtor, if any)

*[If joint case, both spouses must sign.]*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

<u>                                    </u>                <u>                               </u>

Printed or Typed Name and Title, if any,                 Social Security No.

of Bankruptcy Petition Preparer                      *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

<u>                                    </u>

<u>                                    </u>

<u>                                    </u>

Address

X <u>                                         </u>          <u>                               </u>

          Signature of Bankruptcy Petition Preparer                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this documen, unless the bankruptcy petition preparer is not an individualt:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the <u>                                 </u> [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the <u>                               </u> [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>       </u> sheets *(total shown on summary page plus 2),* and that they are true and correct to the best of my knowledge, information, and belief.

Date <u>                      </u>               Signature: <u>                                   </u>

                                                              <u>                                   </u>

                                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 32577 - Acrobat PDFWriter

# UNITED STATES BANKRUPTCY COURT
### District of Arizona

In Re  <u>DEMPSTER C. JACKSON & MARY A. JACKSON</u>       Case No. _____

                                                                   (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**



None

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation ofthe debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           AMOUNT                                SOURCE

**2.    Income other than from employment or operation of business**

None

☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                        SOURCE

---

None

☒

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None

☒

*b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None



*c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None  a.  List all suits and administrative proceedings to which the debtor is or was a party within one year
⊠      immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13
       must include information concerning either or both spouses whether or not a joint petition is filed, unless the
       spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None  b.  Describe all property that has been attached, garnished or seized under any legal or equitable process
⊠      within one year immediately preceding the commencement of this case. (Married debtors filing under chapter
       12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint
       petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in
☐     lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this
      case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of
      either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
      is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| CASH-N-GO<br>6148 N. 7TH ST., STE A<br>PHOENIX, AZ 85014 | 11/14/2007 | 1999 NISSAN MAXIMA<br>$3000.00 |

**6. Assignments and Receiverships**

None  a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately
⊠      preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
       any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
       and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒ one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None List all gifts or charitable contributions made within one year immediately preceding the commencement of this
☒ case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing
under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
☒ commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys,
☐ for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in
bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| Michael J. Fatta<br>LAW OFFICE OF MICHAEL J. FATTA, PLLC<br>18001 NORTH 79TH AVENUE, SUITE B40<br>GLENDALE, AZ 85308 | 10/09/2008 | 750.00 |

**10. Other transfers**

None ☒ a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None ☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☒ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☒ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None



List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16.  Spouses and Former Spouses**

None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18. Nature, location and name of business**

None
☐

a.　If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| THE PRIVATE CLIENT GROUP, LLC | | 2415 E. CAMELBACK RD., STE. 700 PHOENIX, AZ 85016 | REGISTERED INVESTMENT ADVISOR | 01/01/2004-07/01/2007 |
| PRIVATE BUSINESS CONSULTANTS | | 2415 E. CAMELBACK RD., STE. 700 PHOENIX, AZ 85016 | SMALL BUSINESS & MANAGEMENT CONSULTING | 2005-PRESENT |

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704 - 32577 - Acrobat PDFWriter

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

NAME                                                          ADDRESS

# [Questions 19 - 25 are not applicable to this case]

\*     \*     \*     \*     \*     \*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____    Signature of Debtor    /s/ DEMPSTER C. JACKSON

                                                                                DEMPSTER C. JACKSON

Date _____    Signature of Joint Debtor    /s/ MARY A. JACKSON

                                                                                MARY A. JACKSON

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____              _____
Printed or Typed Name of Bankruptcy Petition Preparer              Social Security No.
                                                                                      (Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____              _____
Signature of Bankruptcy Petition Preparer                                          Date

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.*

_____0_____ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

Bankruptcy2007 ©1991-2007, New Hope Software, Inc., ver. 4.2.4-704  - 32577 - Acrobat PDFWriter