**LAW OFFICE OF MICHAEL J. FATTA, PLLC**
18001 North 79th Avenue, Suite B-40
Glendale, Arizona 85308
Telephone: (623)-486-0080
Facsimile : (623) 486-8225

Michael J. Fatta, (#020817)
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DEMPSTER JACKSON and MARY JACKSON,<br><br><br>Debtor(s). | Case No. 2:08-bk-14091-JMM<br>In Chapter 13 Proceedings<br><br>MOTION TO REINSTATE DEBTOR'S CHAPTER 13 PROCEEDING |

The debtor, MARY JACKSON ("Ms. Jackson" or "Debtor") by and through undersigned counsel, moves the Court for an order reinstating her Chapter 13 bankruptcy proceeding. The basis for this request is contained below.

The debtor's Chapter 13 proceeding was dismissed by the Court for the debtors' failure to attend her § 341 First Meeting of Creditors, scheduled on November 19, 2008 at 9:00 a.m. Ms. Jackson was undergoing cancer surgery on the date of her creditors meeting and could not attend the hearing. The matter was continued by the Trustee to a time when Ms. Jackson could attend. Unfortunately, debtors' counsel lost track of the date and the matter was never rescheduled.

WHEREFORE, based on the foregoing, Ms. Jackson respectfully requests that the Court;

    (a)    reinstate her Chapter 13 proceeding;

    (b)    for such other and further relief as the Court deems just and equitable.

RESPECTFULLY SUBMITTED this 19th day of May, 2009.

        **LAW OFFICE OF MICHAEL J. FATTA, PLLC**

        /s/ Michael J. Fatta (020817)
        Michael J. Fatta
        Attorney for Debtors

COPIES of the foregoing mailed this 20th day of May, to:

Russell A. Brown, Esq.
P.O. Box 33970
Phoenix, AZ 85067-3970
Chapter 13 Trustee

/s/ MJF (#020817)