Christopher R. Kaup, State Bar No. 014820
J. Daryl Dorsey, State Bar No. 024237

TB TIFFANY & BOSCO
P.A.

Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile:  (602) 255-0103
Email: crk@tblaw.com
Email: jdd@tblaw.com

*Attorneys for Creditor Genos Williams*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| DEMPSTER JACKSON and MARY JACKSON, | Case No. 2:08-bk-14091-JMM |
| Debtors. | **MOTION TO EXTEND TIME TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBTS PURSUANT TO 11 U.S.C. § 523** |

Creditor Genos Williams ("Movant"), by and through his undersigned counsel, hereby moves the Court, pursuant to Rule 4007(d) and Rule 4004(b), Fed.R.Bank.P., to enter an order extending the deadline by which Movant must file a complaint for the determination of dischargeability of certain debts under 11 U.S.C. § 523.  This Motion is supported by the following Memorandum of Points and Authorities.

420847                                     -1-

RESPECTFULLY SUBMITTED this 18th day of December, 2009.

**TIFFANY & BOSCO, P.A.**

By: /s/ Christopher R. Kaup #14820
    Christopher R. Kaup
    J. Daryl Dorsey
    Christopher R. Kaup
    Third Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016
    *Attorneys for Creditor Genos Williams*

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Dempster and Mary Jackson ("Debtors") filed a Chapter 13 petition under Title 11, United States Code (the "Bankruptcy Code") on October 13, 2008. On or about October 21, 2008, the Clerk of the Court issued a "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines" setting November 19, 2008 as the date set for the §341 meeting of creditors and January 20, 2009 as the deadline to file complaints to determine dischargeability of certain debts (a "§ 523 complaint").

Mary Jackson was subsequently dismissed from the case and reinstated by stipulation on September 9, 2009. On or about September 29, 2009, the Clerk of the Court issued a second "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines" setting October 23, 2009 as the date set for the §341 meeting of creditors and December 22, 2009 as the deadline to file § 523 complaints.

Finally, on or about October 08, 2009, the Clerk of the Court renoticed the "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines" setting October 21, 2009 as the date set for the §341 meeting of creditors and **shortened** the time period by which § 523 complaints are to be filed to *December 21, 2009.*

The undersigned counsel and his law firm Tiffany & Bosco, P.A. (the "Firm"), were recently retained by Movant to represent his interests in this bankruptcy proceeding related to certain pre-petition investments made with the Debtors and to investigate whether the filing of a § 523 complaint is warranted.

In addition, as of the date of the filing of this motion, Movant is in the process of sending documents which presumably support the filing of a §523 complaint. Counsel will require time to complete a detailed analysis of such documents upon receipt. Therefore, an extension of the deadline is requested to allow the undersigned to consult further with Movant and to review and analyze the documentation provided by them.

Pursuant to Rule 4007(d) and Rule 4004(b), Fed.R.Bankr.P., Movant requests that this Court extend the time period by which he must file a § 523 complaint for 60 days, or until February 19, 2010. Valid grounds appear to exist for the filing of a nondischargeability action, and therefore an extension is justified. The Debtors and other creditors in this case will not be prejudiced by the requested extension, but Movant will be prejudiced if the Court does not grant the extension and the deadline to file a complaint passes.

WHEREFORE, Movant respectfully requests the Court enter an order extending the deadline by which he must file a complaint to determine the dischargeability of certain debts for sixty (60) days, or until February 19, 2010.

RESPECTFULLY SUBMITTED this 18th day of December, 2009.

**TIFFANY & BOSCO, P.A.**

By: /s/ Christopher R. Kaup, 014820
    Christopher R. Kaup
    J. Daryl Dorsey
    Third Floor Camelback Esplanade II
    2525 East Camelback Road
    Phoenix, Arizona 85016
    *Attorneys for Creditor Genos Williams*

**FOREGOING** filed electronically with the United States Bankruptcy Court, District of Arizona, this 18th day of December, 2009, with a **COPY** of the foregoing mailed this same date to:

Dempster Jackson
5359 W. Villa Rita Drive
Glendale, AZ 85308
*Debtor*

Mary Jackson
5359 W. Villa Rita Drive
Glendale, AZ 85308
*Debtor*

Michael J. Fatta
LAW OFFICE OF MICHAEL J. FATTA, PLLC
18001 N. 79th Ave., Suite B-40
Glendale, AZ 85308
*Attorneys Debtors*

Russell Brown, Esq.
3838 North Central Ave., Suite 800
Phoenix, AZ 85012-1965
*Chapter 13 Trustee*

Office of the U.S. Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003
*U.S. Trustee*

/s/ Louis A. Lofredo