LAW OFFICE OF CARRIE M. WILCOX
11811 N. Tatum Blvd, Suite 3031
Phoenix, Arizona 85028
Telephone: 602/445-4690
Fax: 602/445-4699
carrie@wilcoxlegal.com

Carrie M. Wilcox
State Bar #16850
Attorney for Creditor Gem Maintenance

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re:<br>DEMPSTER JACKSON and MARY JACKSON,<br><br>Debtors. | Chapter 13<br><br>Case No. 2:08-bk-14091-JMM<br><br>**MOTION TO EXTEND TIME TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBTS PURSUANT TO 11 U.S.C. §523** |
|---|---|

Creditor Gem Maintenance LLC ("Movant"), by and through its undersigned counsel, hereby moves the Court, pursuant to Rule 4007(d) and Rule 4004(b), Fed.R.Bank.P., to enter an order extending the deadline by which Movant must file a complaint for the determination of dischargeability of certain debts under 11 U.S.C. § 523. This Motion is supported by the following Memorandum of Points and Authorities.

RESPECTFULLY SUBMITTED this 19th day of December, 2009.

THE LAW OFFICE OF CARRIE M. WILCOX

By: /s/ Carrie M. Wilcox, 016850
Carrie M. Wilcox
11811 North Tatum Blvd., Ste. 3031
Phoenix, Arizona 85028
*Attorneys for Creditor Gem Maintenance*

## MEMORANDUM OF POINTS AND AUTHORITIES

Dempster and Mary Jackson ("Debtors") filed a Chapter 13 petition under Title 11, United States Code (the "Bankruptcy Code") on October 13, 2008. On or about October 21, 2008, the Clerk of the Court issued a "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines" setting November 19, 2008 as the date set for the §341 meeting of creditors and January 20, 2009 as the deadline to file complaints to determine dischargeability of certain debts (a "§ 523 complaint"). Mary Jackson was subsequently dismissed from the case and reinstated by stipulation on September 9, 2009. On September 29, 2009, the Clerk of the Court issued a second "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines" setting October 23, 2009 as the date set for the §341 meeting of creditors and December 22, 2009 as the deadline to file § 523 complaints. Then, on October 8, 2009, the Clerk of the Court reissued the "Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines" setting October 21, 2009 as the date set for the §341 meeting of creditors shortening the time by which § 523 complaints are to be filed to December 21, 2009.

Undersigned counsel was previously retained by Movant solely to represent its interests in a civil lawsuit pending in Maricopa County, Arizona, case number CV2001-007945, which proceedings relate to certain pre-petition business transactions made by the Debtors and their shell LLC, Impact Enterprises. Debtors are the sole members of the LLC. The civil action is currently stayed by these proceedings as to the LLC and Debtor Mary Jackson. Movant is currently consulting with additional counsel to investigate whether the filing of a § 523 complaint is warranted.

Therefore, an extension of the deadline is requested to allow the undersigned to consult further with Movant and additional counsel to review and analyze the documentation provided by

it. Pursuant to Rule 4007(d) and Rule 4004(b), Fed.R.Bankr.P., Movant requests that this Court extend the time period by which it must file a § 523 complaint for 30 days, or until January 19, 2010. Valid grounds appear to exist for the filing of a nondischargeability action, and therefore an extension is justified. The Debtors and other creditors in this case will not be prejudiced by the requested extension, but Movant will be prejudiced if the Court does not grant the extension and the deadline to file a complaint passes.

WHEREFORE, Movant respectfully requests the Court enter an order extending the deadline by which he must file a complaint to determine the dischargeability of certain debts for thirty (30) days, or until January 19, 2010.

DATED this 19th day of December 2009.

THE LAW OFFICE OF CARRIE M. WILCOX

By: /s/ Carrie M. Wilcox, 016850
Carrie M. Wilcox
11811 North Tatum Blvd., Ste. 3031
Phoenix, Arizona 85028

**FOREGOING** filed electronically with
the United States Bankruptcy Court,
District of Arizona, this 19th day of
December, 2009, with a **COPY** of the
foregoing mailed this same date to:

Dempster Jackson
5359 W. Villa Rita Drive
Glendale, AZ 85308
*Debtor*

Mary Jackson
5359 W. Villa Rita Drive
Glendale, AZ 85308
*Debtor*

| | |
|---|---|
| 1 | |
| 2 | Michael J. Fatta<br>LAW OFFICE OF MICHAEL J. FATTA, PLLC |
| 3 | 18001 N. 79th Ave., Suite B-40 |
| 4 | Glendale, AZ 85308<br>*Attorneys Debtors* |
| 5 | |
| 6 | Russell Brown, Esq.<br>3838 North Central Ave., Suite 800 |
| 7 | Phoenix, AZ 85012-1965<br>*Chapter 13 Trustee* |
| 8 | |
| 9 | Office of the U.S. Trustee<br>230 North First Avenue, Suite 204 |
| 10 | Phoenix, AZ 85003 |
| 11 | *U.S. Trustee* |
| 12 | |
| 13 | /s/ Carrie M. Wilcox |