THIS ORDER IS APPROVED.

Dated: December 22, 2009



_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 13 |
|---|---|
| DEMPSTER JACKSON and MARY JACKSON, | Case No. 2:08-bk-14091-JMM |
| Debtors. | **ORDER GRANTING MOTION TO EXTEND TIME TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBTS PURSUANT TO 11 U.S.C. § 523** |

The Court having reviewed the *Motion to Extend Time to File Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523*, filed by Creditor Genos Williams (hereinafter referred to as "Movant"), and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline by which Movant must file a complaint to determine the dischargeability of certain debts pursuant to 11 U.S.C. § 523 is extended for sixty (60) days, or until February 19, 2010.

**DATED AND SIGNED ABOVE.**

420865

-1-