**LAW OFFICE OF MICHAEL J. FATTA, PLLC**
18001 North 79th Avenue, Suite B-40
Glendale, Arizona 85308
Telephone: (623) 486-0080
Facsimile  : (623)486-8225

Michael J. Fatta, (#020817)
Attorney for Debtor(s)

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| DEMPSTER JACKSON and MARY JACKSON,<br><br>Debtor(s), | Case No.: 2:09-bk-14091-JMM<br>In Chapter 13 Proceedings<br><br>**MOTION TO SET ASIDE ORDER GRANTING EXTENSION AND RESPONSE TO MOTION TO EXTEND TIME TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523** |

Debtors DEMPSTER JACKSON and MARY JACKSON ("Debtors") or ("Mr. and Mrs. Jackson"), by and through undersigned counsel, file this Response the "Motion to Extend Time to File Complaint to Determination of Dischargeability of Debt Pursuant to 11 U.S.C. § 523." The bases for this Motion and Response are set forth in the memorandum that follows.

## MEMORANDUM

### I.    Factual Background:

1.  The Creditor Genos Williams ("Movant") filed a "Motion to Extend Time to File Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523 ("Motion") on or about the 18th day of December, 2009.

2.    Along with the Motion, the Movant also filed a "Notice of Filing Motion to Extend Time to File Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523 ("Notice").

3.    The Notice filed herein allowed for 20 days from the date of the Notice to file and serve objections to the Motion.

4.      On December 22, 2009, only four (4) days after the Motion was filed, the Court signed an Order Granting Motion to Extend Time to File Complaint to Determine Dischargeability of Debts Pursuant to 11 U.S.C. § 523.

## II.   Applicable Law:

4.      The *Federal Rules of Bankruptcy Procedure,* Rule 4007 Section (d), provides in part as follows:

> "a complaint to determine the dischargeability of a debt under Sec. 523(c) shall be filed no later than 60 days after the first date set for the meeting of creditors under Sec. 341(a)."

5.      The Movant's Motion sets forth nothing more than a request to extend the time to file the complaint, yet does not set forth any "cause" for the allowance of the late filing.

6.      The Rule provides that "the court may for cause extend the time fixed under this subdivision.  The Motion shall be filed before the time has expired."

## III.   Argument:

The debtors filed their bankruptcy proceeding on October 13, 2008.  The First Meeting of Creditors was set for November 19, 2008.  Movant does not allege that he did not receive notice or was in any way prevented from filing a complaint in a timely manner as required by the rules.  As a matter of fact, the Movant sets forth a period of more than a year within which a complaint could have been filed.

For the Movant to be in compliance with the Rule, this Motion to Extend should have been filed prior to January 20, 2009.  Moreover, the Movant does not set forth any facts that would establish cause for granting his Motion.  Further, Genos Williams is not a creditor of the debtors.  Neither Mr. nor Mrs. Jackson owes Mr. Williams any obligation contractually or otherwise.

The Order Granting the Extension of Time was signed a mere four (4) days after the Motion was filed, although the Notice allowed for Objections until January 11, 2010.

WHEREFORE, based on the foregoing, Dexter and Mary Jackson respectfully request that the Court;

      a.      set aside its Order of December 22, 2009;

      b.      allow debtors to be heard on this matter;

      c.      for such other and further relief as the Court deems just and equitable.


RESPECTFULLY SUBMITTED this 11th day of January, 2010.

**LAW OFFICE OF MICHAEL J. FATTA, PLLC**


    /s/ Michael J. Fatta, (#020817)
    Michael J. Fatta
    Attorney for Debtors

COPY of the foregoing mailed this
11th day of January, 2010, to:

Christopher R. Kaup, Esq.
J. Daryl Dorsey, Esq.
**TIFFANY & BOSCO, P.A.**
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Attorneys for Plaintiff

Dempster and Mary Jackson
5359 W. Villa Rita Drive
Glendale, Arizona 85308
Debtors

Russell A. Brown, Esq.
3838 North Central Ave., Suite 800
Phoenix, Arizona 85012-1965
Chapter 13 Trustee

  /s/ Michael J. Fatta, (#020817)