**THIS ORDER IS APPROVED.**

**Dated: February 11, 2010**

*James M. Marlar*
JAMES M. MARLAR
Chief Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:

DEMPSTER JACKSON and MARY JACKSON,

Debtor.

Case No. 2:08-bk-14091-JMM
In Chapter 13 Proceedings

**STIPULATED ORDER REINSTATING CHAPTER THIRTEEN PROCEEDING**

THIS MATTER came before the Court on the debtors' "Motion to Reinstate Chapter 13 Proceeding.

THE COURT FINDS that the debtors' Chapter 13 proceeding was dismissed on January 19, 2010, for the debtor's failure to make Chapter 13 Plan payments and failure to respond to the Trustees Recommendation. Debtors have since filed an Amended Plan that will assist them in the payments that are required to fully pay the debts treated in the Chapter 13 Plan. In the event debtors fail to timely abide with this agreement, the Trustee is authorized to lodge a Dismissal Order. Good cause exists.

IT IS ORDERED, that this Chapter 13 bankruptcy proceeding be and is hereby reinstated.

Approved: _____
Russell A. Brown, Esq., Chapter 13 Trustee

DATED: _____

_____
HON. JAMES M. MARLAR
Judge, U.S. Bankruptcy Court