Christopher R. Kaup, State Bar No. 014820
J. Daryl Dorsey, State Bar No. 024237
Tina M. Ezzell, State Bar No. 013825

TB TIFFANY & BOSCO
      P.A.

Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
Email: crk@tblaw.com; jdd@tblaw.com;
       tme@tblaw.com
*Attorneys for Creditor Genos Williams*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>DEMPSTER AND MARY JACKSON, | Chapter 13<br><br>Case No. 2:08-bk-14091-JMM<br><br>**NOTICE OF FILING/BAR DATE FOR RESPONSES TO OBJECTION TO DISMISSAL OF DEBTORS' CHAPTER 13 CASE AND MOTION FOR CONVERSION TO CHAPTER 7** |

Genos Williams (a creditor and Plaintiff in related adversary proceeding *Genos Williams v. Dempster and Mary Jackson*, Adv. No. 2:10-ap-00291-JMM), by and through counsel undersigned, gives notice of the filing of his *Objection to Dismissal of Debtors' Chapter 13 Case and Motion for Conversion to Chapter 7 Proceeding* ("Motion") (ECF No. 80). The Motion requests the Court deny the Chapter 13 Trustee's intent to lodge an Order of Dismissal if the Debtors fail to comply with his recommendations by December 23, 2010. The Motion also seeks conversion of the Chapter 13 case to Chapter 7 in the best interest of creditors.

A copy of the Motion is on file with the Office of the Clerk of the United States Bankruptcy Court at the address shown below and is available for public inspection during business hours.

Any and all objections to the Motion must be made in writing, with the original thereof filed under the above case caption, to:

Office of the Clerk
United States Bankruptcy Court
230 North First Avenue
Phoenix, Arizona 85003

with a copy of the written objection served that same day upon the attorneys for Plaintiff whose name and address is:

Christopher R. Kaup, Esq.
Tina M. Ezzell, Esq.
J. Daryl Dorsey, Esq.
Tiffany & Bosco, P.A.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237

If no objections are properly filed and served within **14 days** from the date of this Notice, the Court may enter its Order granting the request sought in the Motion without any further hearings in this matter.

DATED this 23rd day of December, 2010.

**TIFFANY & BOSCO, P.A.**

By:/s/ J. Daryl Dorsey #024237
Christopher R. Kaup, Esq.
J. Daryl Dorsey, Esq.
Third Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
*Attorneys for Creditor Genos Willians*

**FOREGOING** electronically filed with the Clerk of United States Bankruptcy Court for the District of Arizona this 23rd day of December, 2010, and a copy mailed this same day to:

Russell Brown
Suite 800
3838 North Central Avenue
Phoenix, Arizona 85012-1965
*Chapter 13 Trustee*

Dempster and Mary Jackson
5359 W. Villa Rita Drive
Glendale, Arizona 85308
*Debtors*

Michael J. Fatta
LAW OFFICE OF MICHAEL J. FATTA, PLLC
18001 N. 79th Ave., Suite B-40
Glendale, AZ 85308
*Attorneys for Debtors*


/s/ Erica Meany
_____